

## R. H. WALLACE, JR.

DISTRICT JUDGE
96TH JUDICIAL DISTRICT OF TEXAS
TOM VANDERGRIFF CIVIL COURTS BUILDING
100 N. CALHOUN STREET, 4TH FLOOR
FORT WORTH, TX 76196-0223
PHONE: 817-884-1450



REGINALD BUTLER
OFFICIAL COURT REPORTER
817-884-1451

MARCIA HUCKABY
COURT COORDINATOR
817-884-2685

October 21, 2015


Ms. Rose Stewart, Deputy Clerk IV
COURT OF APPEALS, SECOND DISTRICT OF TEXAS
Tim Curry Criminal Justice Center
401 W. Belknap, Suite 9000
Fort Worth, TX 76196-0211

     RE:    Court of Appeals No. 2-15-317-CV
                Trial Court Cause No. 096-278844-15
                *Lucchese, Inc.*
                — *v.* —
                *Sterling Leather Enterprises, Inc., et al.*

Dear Ms. Stewart:

As the official court reporter for the 96th District Court, I am the individual responsible for preparing and filing the Reporter's Record in the above-referenced appeal.

It is my understanding that the Reporter's Record in this case was due to be filed in your office no later than October 19th, 2015.

Please accept this correspondence as my notice to the court that, as of this date, I have not received a designation of record, nor have any financial arrangements been made with regard to preparation of the appellate record in this case (*see* TEXAS RULES OF APPELLATE PROCEDURE).

Thank you for the opportunity to respond to your inquiry.

I remain ...

                Very truly yours,



                REGINALD BUTLER